UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| RENEE OLIVER<br>302 Loureiro Lane<br>Oxon Hill, MD 20745<br><br>       Plaintiff<br>   v.<br><br>MICHAEL CHERTOFF, Secretary,<br>U.S. Department of Homeland Security<br>Washington, D.C.  20528<br><br>       Defendant. | )<br>)<br>)<br>)   Civil Action No.: 08-0288 (RCL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

Respectfully submitted,

____/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2008, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **David A. Branch**, via the court's Electronic Case Filing System (ECF).

\_\_\_\_/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov