UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE OLIVER              )<br>302 LOUREIRO LANE       )<br>OXON HILL, MD 20745      )<br>                          )<br>         Plaintiff,      )<br>                          )<br>     v.                   )<br>                          )<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, )<br>Washington, D.C. 20528    )<br>         Defendant.       )<br>                          ) | Civil Action No.: 08-0288 |

## AFFIDAVIT OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT

I, David A. Branch, hereby swear the following is true under penalty of perjury:

1. I am counsel of record in this matter for Plaintiff Renee Oliver and I maintain a business office at 1825 Connecticut Avenue, NW Suite 690, Washington, D.C. 20009.

2. I caused the summons and complaint in this matter to be served on the Defendant Michael Chertoff with service on Defendant Chertoff, the U.S. Attorney General and the U.S. Attorney for the District of Columbia by certified mail, return receipt.

3. Copies of the return receipts are attached to this affidavit. The return receipts indicate that the U.S. Attorney for the District of Columbia was served on May 12, 2008, the U.S. Attorney General was served on May 5, 2008, Michael Chertoff was served on May 12, 2008.

2

**I hereby certify that the foregoing statement is true and correct under penalty of perjury.**

/s/ David A. Branch
_____
David A. Branch                          6/19/08

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael B. Mukasey,
   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Ave NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
MAY 05 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0001 7651 0762

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Chertoff
   Secretary, U.S. Dept of Homeland Security
   Washington, DC 20528

*[Stamp: SERVICE ACCEPTED IN OFFICIAL CAPACITY ONLY]*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 12 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0001 7651 0717

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jeffrey A. Taylor
   United States Attorney
   555 4th Street NW
   Washington, DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
MAY 12 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7006 2150 0001 7651 0755

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154