UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE OLIVER, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     v. ) | Civil Action No.  08-0288 (RCL) |
| ) | |
| MICHAEL CHERTOFF, Secretary, ) | |
| U.S. Department of Homeland Security, ) | |
| ) | |
|     Defendant. ) | |

**MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant, Michael Chertoff, Secretary, United States Department of Homeland Security, respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this case, which involves allegations of employment discrimination. This Office was served with the complaint on May 13, 2008, resulting in the current deadline of July 14, 2008.  With this motion, Defendant requests a new deadline of August 14, 2008.

The extension is requested to permit undersigned counsel sufficient time to review the files and consult with agency counsel.  Undersigned counsel's client has requested more time to review the case files and draft a litigation report for this case.  Undersigned counsel also needs time to review his client's findings and prepare his initial defense in this case.

This is Defendant's first request to move this deadline, and Defendant contends that the extension will not prejudice Plaintiff.

In response to a voicemail from undersigned counsel, opposing counsel left a voicemail for undersigned counsel about this motion.  Opposing counsel stated that he does not object to the extension of time.

A proposed order is attached.

July 14, 2008.

                                          Respectfully submitted,

                                          /s/  
                                      JEFFREY A. TAYLOR, D.C. BAR # 498610  
                                      United States Attorney

                                          /s/  
                                      RUDOLPH CONTRERAS, D.C. BAR #434122  
                                      Assistant United States Attorney

                                          /s/  
                                      CHRISTIAN A. NATIELLO, D.C. BAR #473960  
                                      Assistant United States Attorney  
                                      555 Fourth St., N.W.  
                                      Washington, D.C. 20530  
                                      (202) 307-0338  
                                      christian.natiello@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RENEE OLIVER, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>MICHAEL CHERTOFF, Secretary, )<br>U.S. Department of Homeland Security, )<br>)<br>    Defendant. ) | Civil Action No. 08-0288 (RCL) |

### ORDER ON MOTION TO ENLARGE

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the Complaint on or before August 14, 2008.

So ordered, this _____ day of _____ 2008.


                                                      Royce C. Lamberth
                                                      United States District Judge